No. 93–5245. KAILEY *v.* COLORADO. Ct. App. Colo. Certiorari denied.

No. 93–5246. EDWARDS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–5247. ISIAH B. *v.* WISCONSIN. Sup. Ct. Wis. Certiorari denied.

No. 93–5248. JENKINS, AKA DAVIS *v.* LEONARDO, SUPERINTENDENT, GREAT MEADOW CORRECTIONAL FACILITY, ET AL. C. A. 2d Cir. Certiorari denied.

No. 93–5251. VARELA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–5253. SIMS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–5254. SHEARON ET AL. *v.* LYNCH, WARDEN, ET AL. C. A. 8th Cir. Certiorari denied.

No. 93–5255. WILLIAMS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 93–5257. SANCHEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–5259. DE LA BECKWITH *v.* MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 93–5260. BOOZER *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 93–5261. DEMERE *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–5262. SANCHEZ *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–5263. SWAIN *v.* ACCOUNTANTS ON CALL. C. A. 11th Cir. Certiorari denied.

No. 93–5265. MCQUEEN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.